Case 7:17-cv-00040   Document 18   Filed on 01/02/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 02, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIA CARMONA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-40 |
| | § | |
| ALLSTATE TEXAS LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal, the Court

GRANTS the stipulation and dismisses Plaintiff, Maria Carmona's claims asserted against Defendant, Allstate Texas Lloyds with prejudice.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Court costs will be paid by the party incurring same.

SO ORDERED this 2nd day of January, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge